**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Damaris Bernal Uriarte,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-06413-PHX-SPL

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 3.) In the Response, Respondents state "Respondents do not oppose Petitioner's request for release at this time." (Doc. 7.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before his detention.

///

///

///

///

///

(3) Respondents must provide a notice of compliance within **three days** of this Order.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 18th day of September, 2026.

Honorable Steven P. Logan
United States District Judge